IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RAFAEL GONZALEZ ORTIZ** : | CIVIL ACTION |
| : | |
| v. : | |
| : | |
| **ICE PHILADELPHIA FOD BRIAN MCSHANE,** : | |
| Field Office Director of Enforcement and : | |
| Removal Operations, Philadelphia Field Office, : | |
| Immigration and Customs Enforcement, : | |
| J.L. JAMISON, Warden of Philadelphia Federal : | |
| Detention Center, KRISTI NOEM, Secretary, : | |
| U.S. Department of Homeland Security, : | |
| Attorney General PAMELA BONDI, U.S. : | |
| Attorney General, EXECUTIVE OFFICE FOR : | |
| IMMIGRATION REVIEW, U.S. DEPARTMENT : | |
| OF HOMELAND SECURITY : | NO. 26-301 |

**ORDER**

**NOW**, this 20th day of January, 2026, upon consideration of petitioner Rafael Gonzalez Ortiz's Petition for Writ of Habeas Corpus (Doc. No. 1), **IT IS ORDERED** that the motion is **GRANTED IN PART**.

**IT IS FURTHER ORDERED** that:

1. Petitioner shall serve a copy of the Petition for Writ of Habeas Corpus on the respondents and file proof of service no later than **January 20, 2026**.

2. No later than **January 23, 2026**, the respondents shall file a response to the petition and show cause why the petition should not be granted.

3. Petitioner Rafael Gonzalez Ortiz shall not be transferred outside the Eastern District of Pennsylvania pending further Order of the Court.

TIMOTHY J. SAVAGE, J.