# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RAFAEL GONZALEZ ORTIZ** : | **CIVIL ACTION** |
| : | |
| v. : | |
| : | |
| **ICE PHILADELPHIA FOD BRIAN MCSHANE,** : | |
| Field Office Director of Enforcement and : | |
| Removal Operations, Philadelphia Field Office, : | |
| Immigration and Customs Enforcement, : | |
| **J.L. JAMISON,** Warden of Philadelphia Federal : | |
| Detention Center, **KRISTI NOEM,** Secretary, : | |
| U.S. Department of Homeland Security, : | |
| Attorney General **PAMELA BONDI,** U.S. : | |
| Attorney General, **EXECUTIVE OFFICE FOR** : | |
| **IMMIGRATION REVIEW, U.S. DEPARTMENT** : | |
| **OF HOMELAND SECURITY** : | **NO. 26-301** |

## ORDER

**NOW**, this 26th day of January, 2026, upon consideration of Petitioner Rafael Gonzalez Ortiz's Petition for Writ of Habeas Corpus (Doc. No. 1) and the government's response, and it appearing that there are material inconsistencies in the parties' briefing regarding petitioner's detainment,[1] it is **ORDERED** that the motion is **DENIED**.

**IT IS FURTHER ORDERED** that no later than **January 27, 2026**, the parties shall submit a joint statement setting forth the dates of (1) petitioner's initial entry into the United States; and (2) any subsequent immigration detainments since that time**.**

_____
TIMOTHY J. SAVAGE, J.

---

[1] Petitioner alleges that he "has been in immigration detention since approximately 2008" but also alleges that he was arrested in Norristown, Pennsylvania by Immigration and Customs Enforcement officers "on January 15, 2025[.]" *See* Pet. for Writ of Habeas Corpus, ¶¶ 2, 10 (ECF No. 1). In its response, the government "does not dispute" those facts as alleged. *See* Respondents' Opp. to Pet. for Writ of Habeas Corpus, 3 (ECF No. 5). Petitioner could not have been concurrently incarcerated and arrested in Norristown.